UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| REDI-MIX SOLUTIONS, LTD., and<br>2S TRANSPORT, LLC f/k/a H&S<br>TRANSPORT, LTD.,<br><br>   *Plaintiffs*,<br><br>v.<br><br>EXPRESS CHIPPING, INC., and<br>STANLEY KEITH KNOX,<br><br>   *Defendants*. | § § § § § § § § § § § § | Case No. 6:16-cv-298-MHS-KNM |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation regarding Plaintiffs' Motion to Remand, has been presented for consideration. The Report and Recommendation (Doc. No. 11), filed on May 3, 2016, recommends that Plaintiffs' Motion to Remand (Doc. No. 3) be denied. Neither party filed written objections. Accordingly, the findings and conclusions of the Magistrate Judge are adopted as those of the Court.

**It is SO ORDERED**.

SIGNED this 14th day of June, 2016.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE

1